```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0201--CV (RRB)
              "WILLIAM ROBERT HUSTON V UBS FINANCIAL SERVICE"

         Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 08/18/05
           Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (442) Jobs

           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $250.00 on 05/18/05 receipt # 00126398
         Trial by: Jury
```

Parties of Record:                                 Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | HUSTON, WILLIAM ROBERT | Thomas Van Flein<br>Clapp Peterson et al<br>711 H Street, Suite 620<br>Anchorage, AK 99501-3442<br>907-272-9228<br>FAX 907-272-9856 |
| DEF 1.1 | UBS FINANCIAL SERVICES INC | M. Katheryn Bradley<br>Jackson Lewis LLP<br>600 University Street<br>Suite 2900<br>Seattle, WA 98101<br>206-405-0404<br>FAX 206-405-4450 |
| DEF 2.1 | PAINE WEBBER INC | M. Katheryn Bradley<br>(see above) |
| DEF 3.1 | UBS PAINEWEBBER INC | M. Katheryn Bradley<br>(see above) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A05-0201--CV (RRB)
                       "WILLIAM ROBERT HUSTON V UBS FINANCIAL SERVICE"

                                   For all filing dates
```

```
 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
           Filed: 08/18/05
          Closed: NO

    Jurisdiction: (4) Diversity (see citizenship of parties)
   PLF Diversity: (1) Citizen of This State
   DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

  Nature of Suit: (442) Jobs

          Origin: (2) Removed from State Court
          Demand:
      Filing fee: Paid $250.00 on 05/18/05 receipt # 00126398
        Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/18/05 | DEF 1 Notice of Removal from Superior Court case no. 3AN-05-5903CI w/att exhs. |
| 2 - 1 | 08/23/05 | RRB Minute Order to Petititioner Subsequent to Removal. Petitioner to file w/i 10 days copies of state crt docs and svc list. cc. cnsl, R. Huston |
| 3 - 1 | 08/25/05 | PLF 1 Jury Demand. |
| 4 - 1 | 08/25/05 | PLF 1 Attorney Appearance of T. Van Flein. |
| 5 - 1 | 08/25/05 | DEF 1-3 Answer and Counterclaim. |
| 6 - 1 | 08/30/05 | PLF 1 Answer to Counterclaim. |
| 7 - 1 | 09/22/05 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 8 - 1 | 10/06/05 | PLF 1; DEF 1-3 Joint Status Report. |
| 9 - 1 | 10/11/05 | RRB Minute Order that further stat rpt due by 12/05/05.  cc: cnsl |