Thomas Van Flein, Esq.
**CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC**
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/
Fax (907) 272-9586
Attorneys for Plaintiff William Robert Huston

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

WILLIAM ROBERT HUSTON,

                Plaintiff,

vs.

UBS FINANCIAL SERVICES, INC, and its predecessors PAINE WEBBER, INC., and UBS PAINEWEBBER, INC., and their successor entities,

                Defendants.

Case No. 3:05-CV-00201 RRB

## **STATUS REPORT**

Plaintiff submits this status report pursuant to the order at Docket 12.

The parties, through counsel, met on March 30 in person (defense counsel came to Anchorage from Seattle) and exchanged information on the case. One of the issues in this case involves a directed brokerage account program set up through the Alaska Permanent Fund and there are a lot of documents associated with this.

Status Report
Huston v. UBS Financial, Case No. 3:05-CV-00201 RRB
Page 1 of 2

Defense counsel stated that her client is ready to mediate the case in June after reviewing all the documentation and in light of current trial schedules, and Plaintiff is ready now, but will obviously wait until June when Defendant and its counsel are available. In addition, the Defendant raised the potential for mandatory arbitration at least as to its counter-claim. The parties state that by participating in these proceedings, no one has waived arbitration if arbitration is mandated. Counsel for the parties agreed to determine if this case ought to be transferred for arbitration in whole or in part, and whether it makes economic sense to do so.

The parties therefore request an additional 90 days from today to report back to the court that (1) mediation was successful or unsuccessful and (2) whether all or part of this case is to be transferred for arbitration.

DATED at Anchorage, Alaska, this 30th day of March, 2006.

> s/    Thomas V. Van Flein
> CLAPP, PETERSON, VAN FLEIN
> TIEMESSEN & THORSNESS, LLC
> Attorneys for Plaintiffs
> 711 H Street, Suite 620
> Anchorage, Alaska 99501-3454
> Tel: (907) 272-9272
> Fax: (907) 272-9586
> (907) 272-9272
> usdc-anch-ntc@cplawak.com
> Attorneys for Plaintiff

### Certificate of Service

I certify that on March 30, 2006, a copy of the foregoing document was served electronically on Kathryn Bradley.

s/ Thomas V. Van Flein

cc: Robert Huston

Status Report
Huston v. UBS Financial, Case No. 3:05-CV-00201 RRB
Page 2 of 2

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586