Thomas Van Flein, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272
Fax (907) 272-9586
Attorneys for Plaintiff William Robert Huston

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM ROBERT HUSTON,<br><br>      Plaintiff,<br><br>vs.<br><br>UBS FINANCIAL SERVICES, INC, and its predecessors PAINE WEBBER, INC., and UBS PAINEWEBBER, INC., and their successor entities,<br><br>      Defendants. | **JOINT STATUS REPORT**<br><br>Case No. A05-0201 CV (TMB) |

Plaintiff submits this joint status report pursuant to order at Docket 15.

A. **Nature of the case.** This is an employment case alleging breach of contract and unpaid commissions.

1. Plaintiff's lead counsel are: Thomas Van Flein and Linda Johnson. Defendant's lead counsel is Katheryn Bradley.

STATUS REPORT
Huston v. UBS Financial, Case No. A05-0201 CV (RRB)
Page 1 of 4

2. The federal jurisdiction is diversity jurisdiction, removed by the Defendant to federal court.

3. The Plaintiff asserts that The Alaska Permanent Fund Corporation implemented a policy known as the directed brokerage program. It is alleged that this program was intended to allow an equitable distribution of brokerage fees generated by the APFC's managers' trading to brokerage firms with offices in the State of Alaska. Plaintiff contends that his office share, and thus his personal share, of the directed commissions were wrongfully withheld by Defendant and not paid to Plaintiff. Defendant denies these allegations and filed a counterclaim for money due on company loans. Plaintiff denies owing money to the Defendant on these loans. Plaintiff has alleged breach of contract, breach of the implied covenant of good faith and fair dealing, negligent misrepresentation, and violation of the state unfair trade practices act. Plaintiff also asserts that his termination of employment may be related to his insistence on adherence to the directed loan program.

4. All parties have been served.

5. Whether the Defendant breached any agreements or representations to Plaintiff, and if so, whether Plaintiff suffered any damages thereby, or whether Defendant terminated Plaintiff in response to Plaintiff's efforts to obtain compliance with the directed brokerage program. On the counterclaim: whether Plaintiff breached any agreement with the Defendant to repay money loaned to him as part of an employee loan program.

6. The fact issues include how the directed loan program bound Defendant to distribute money to branch managers and employees in Alaska. Fact issues also include what amount was loaned to Plaintiff, what amount was forgiven, what amount remains to be paid, and whether Plaintiff was told upon termination that nothing need be repaid for the remaining debt in accord with company practice. Further fact issues may include what role Plaintiff's efforts to get paid under the directed loan program played, if any, in his termination.

B. **Discovery**: Because the parties have been trying to informally resolve the case, no formal discovery has taken place.

1. Parties have not engaged in formal discovery.
2. No motions have been filed.
3. No rulings have been made.
4. There have been three prior status reports.

C. **Trial**:

1. A jury has been requested by Plaintiff, and if a trial is necessary, the parties estimate approximately 5-6 court days. There is an unresolved issue whether Plaintiff has a right to a trial. Defendant has informed Plaintiff that all claims in this litigation are subject to mandatory binding arbitration. Plaintiff has agreed that Defendant has preserved and not waived its right to arbitration by engaging in settlement negotiations and mediation. Plaintiff may claim that arbitration is not mandatory, and may dispute whether arbitration is required on all issues or just the employee loan issue.

STATUS REPORT
Huston v. UBS Financial, Case No. A05-0201 CV (RRB)
Page 3 of 4

D. **Settlement:**

1. The parties are scheduling mediation in Anchorage, Alaska before a mutually acceptable mediator at a time convenient to all parties. Because of scheduling issues associated with travel from New York, the parties are currently considering dates in July.

DATED at Anchorage, Alaska, this 23rd day of May, 2006.

s/ Thomas V. Van Flein
**CLAPP PETERSON VAN FLEIN TIEMESSEN & THORSNESS LLC**
Attorneys for Plaintiffs
711 H Street, Suite 620
Anchorage, AK. 99501-3454
Tel: (907) 272-9272
Fax: (907) 272-9586
Usdc-anch-ntc@cplawak.com

**CERTIFICATE OF SERVICE**

I certify that on May 23, 2006 a copy of the foregoing document was served electronically on Katheryn Bradley – bradleyk@jacksonlewis.com.

s/   Barbara M. Pauli

cc: Robert Huston

STATUS REPORT
Huston v. UBS Financial, Case No. A05-0201 CV (RRB)
Page 4 of 4