Thomas Van Flein
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Plaintiff
  William Robert Huston

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM ROBERT HUSTON,<br><br>              Plaintiff,<br><br>vs.<br><br>UBS FINANCIAL SERVICES, INC, and its predecessors PAINE WEBBER, INC., and UBS PAINEWEBBER, INC., and their successor entities,<br><br>              Defendants. | **JOINT REPORT TO COURT ON STATUS OF CASE**<br><br><br>Case No. A05-0201 CV (RRB) |

Plaintiff William Robert Huston and Defendants UBS Financial Services, Inc. and its predecessors, Paine Webber, Inc. and UBS PaineWebber, Inc, by and through their respective counsel, submit this Joint Status Report to the Court pursuant to its Order dated May 9, 2006. The parties scheduled mediation for July 11, 2006 with retired Judge Brian Shortell in Anchorage. Unfortunately, the timing for the mediation

Huston v. UBS Financial, Case No. A05-0201 CV (RRB)
Page 1 of 2

has not worked for Defendants, who must come to Anchorage from out of state, and mediation was postponed on June 29, 2006. The parties acknowledge that Defendant has not waived its right to claim that all, or part, of this proceeding is subject to arbitration. The parties expect to actively continue settlement negotiations.

In the meantime, Plaintiff today served Defendants with his initial disclosures and document requests. The case will proceed forward in the hopes that settlement will be possible.

DATED at Anchorage, Alaska, this 30th day of June, 2006.

s/ Thomas V. Van Flein
s/ Linda J. Johnson
**CLAPP PETERSON VAN FLEIN TIEMESSEN & THORSNESS LLC**
Attorneys for Plaintiffs
711 H Street, Suite 620
Anchorage, AK. 99501-3454
Tel: (907) 272-9272
Fax: (907) 272-9586
Usdc-anch-ntc@cplawak.com

Certificate of Service:

I certify that on June 30th, 2006, a copy of the foregoing Joint Report to Court on Status of Case was served electronically on: bradleyk@jacksonlewis.com.

By: s/ Barbara M. Pauli

Huston v. UBS Financial, Case No. A05-0201 CV (RRB)
Page 2 of 2