Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA  98101
(206) 405-0404
bradleyk@jacksonlewis.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WILLIAM ROBERT HUSTON, | ) |
| | ) Case No. A05-201 CV (TMB) |
| Plaintiff, | ) |
| v. | ) **JOINT STATUS REPORT** |
| | ) |
| UBS FINANCIAL SERVICES, INC., and | ) |
| its predecessors PAINE WEBBER, INC., | ) |
| and UBS PAINEWEBBER, INC., and their | ) |
| successor entities, | ) |
| | ) |
| Defendants. | ) |

Plaintiff William Robert Huston and Defendants UBS Financial Services, Inc. and its predecessors, Paine Webber, Inc. and UBS PaineWebber, Inc, by and through their respective counsel, submit this Joint Status Report pursuant to the Court's Order dated August 8, 2006.

Settlement negotiations are continuing and the parties are exchanging discovery to facilitate that process.

////

///

//

//

JOINT STATUS REPORT
Case No. A05-201 CV - 4

1     DATED this 18th day of August, 2006.

2

3                            JACKSON LEWIS LLP

4

5                            /s/ Katheryn Bradley

6                            JACKSON LEWIS LLP
                            One Union Square

7                            600 University Street, Suite 2900
                            Seattle, WA 98101

8                            Phone: (206) 405-0404
                            Fax:  (206) 405-4450

9                            Katheryn Bradley, Alaska Bar No. 8611098
                            Attorney for Defendants

10

11

12                            CLAPP, PETERSON, VAN FLEIN,
                            TIEMESSEN & THORNSESS, LLC

13                            Attorneys for Plaintiff

14

15                            /s/ Linda J. Johnson

16                            CLAPP, PETERSON, VAN FLEIN,
                            TIEMESSEN & THORSNESS LLC

17                            711 H Street, Suite 620
                            Anchorage, AK  99501-3454

18                            Phone:  (907) 272-9631
                            Fax:  (907) 272-9586

19                            Direct email:  ljj@cplawak.com

20                            Alaska Bar No. 8911070

21

22

23

24

25

26

27

28    JOINT STATUS REPORT
      Case No. A05-201 CV - 5