Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
Phone: (206) 405-0404
Fax: (206) 405-4450
E-mail: bradleyk@jacksonlewis.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WILLIAM ROBERT HUSTON,<br><br>                Plaintiff,<br>v.<br><br>UBS FINANCIAL SERVICES, INC., and its predecessors PAINE WEBBER, INC., and UBS PAINEWEBBER, INC., and their successor entities,<br><br>                Defendants. | Case No. A05-201 CV (TMB)<br><br>**JOINT STATUS REPORT** |

    The parties, through counsel, have continued to cooperatively discuss settlement of this litigation. Plaintiff has provided Defendants with a settlement demand. Defendants intend to respond to the settlement demand. The parties have also cooperated in exchanging documents to help facilitate settlement discussions.

    Defendants have asked Plaintiff to comply with his contractual obligation to arbitrate the claims alleged in this litigation. At this time, Plaintiff believes that some of his claims are not subject to arbitration and has agreed to further explain his position to Defendants. Plaintiff hereby stipulates that Defendants have preserved their right to arbitrate those of Plaintiff's claims subject to arbitration, if any, and Defendants' counterclaim. Defendants have agreed to refrain

JOINT STATUS REPORT
Case No. A05-201 CV - 4

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

from filing a motion to compel arbitration with the court while the parties continue their settlement discussions in good faith and in a cooperative manner.

DATED this 30 day of October, 2006.

JACKSON LEWIS LLP


/s/ Katheryn Bradley
JACKSON LEWIS LLP
One Union Square
600 University Street, Suite 2900
Seattle, WA 98101
Phone: (206) 405-0404
Fax: (206) 405-4450
Katheryn Bradley, Alaska Bar No. 8611098
Attorney for Defendants


CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC


/s/ Linda J. Johnson    (consent)
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
Phone: (907) 272-9631
Fax: (907) 272-9586
Direct email: ljj@cplawak.com
Alaska Bar No. 8911070
Attorneys for Plaintiff

JOINT STATUS REPORT
Case No. A05-201 CV - 5

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

# DECLARATION OF SERVICE

I hereby certify that on October 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Tom Van Flein
Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Tel: 907-272-9631
Fax: 907-272-9586

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None

Dated this 30th day of October, 2006, at Seattle, Washington.

*Heather M. Feenan* (signature)
Heather M. Feenan

JOINT STATUS REPORT
Case No. A05-201 CV - 6

Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404