Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
Phone: (206) 405-0404
Fax: (206) 405-4450
E-mail: bradleyk@jacksonlewis.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WILLIAM ROBERT HUSTON,<br><br>                    Plaintiff,<br><br>         v.<br><br>UBS FINANCIAL SERVICES, INC., and its predecessors PAINE WEBBER, INC., and UBS PAINEWEBBER, INC., and their successor entities,<br><br>                    Defendants. | Case No. A05-201 CV (TMB)<br><br>**JOINT STATUS REPORT** |

The parties, through counsel, continue to cooperatively discuss settlement of this litigation. Plaintiff has provided Defendants with a settlement demand. Defendants are preparing a response to the settlement demand. The parties continue to exchange documents to help facilitate settlement discussions.

Plaintiff has stipulated that Defendants have preserved their right to arbitrate those of Plaintiff's claims subject to arbitration, if any, and Defendants' counterclaim. The parties continue their settlement discussions in good faith and in a cooperative manner. The parties are working on setting up mediation in early 2007.

JOINT STATUS REPORT
Case No. A05-201 CV - 4

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1  DATED this 15th day of December, 2006.

2

3                                              JACKSON LEWIS LLP

4

5                                              /s/ Katheryn Bradley
                                               JACKSON LEWIS LLP
6                                              One Union Square
                                               600 University Street, Suite 2900
7                                              Seattle, WA 98101
                                               Phone: (206) 405-0404
8                                              Fax:  (206) 405-4450
                                               bradleyk@jacksonlewis.com
9                                              Katheryn Bradley, Alaska Bar No. 8611098
10                                             Attorney for Defendants

11

12
                                               CLAPP, PETERSON, VAN FLEIN,
13                                             TIEMESSEN & THORNSESS, LLC

14

15
                                               /s/ Linda J. Johnson   (consent)
16                                             CLAPP, PETERSON, VAN FLEIN,
                                               TIEMESSEN & THORSNESS LLC
17                                             711 H Street, Suite 620
                                               Anchorage, AK  99501-3454
18                                             Phone:  (907) 272-9631
                                               Fax:  (907) 272-9586
19                                             Direct email:  ljj@cplawak.com
                                               Alaska Bar No. 8911070
20                                             Attorneys for Plaintiff

21

22

23

24

25

26

27

28  JOINT STATUS REPORT
    Case No. A05-201 CV - 5                              **Jackson Lewis LLP**
                                                         One Union Square
                                                         600 University Street, Suite 2900
                                                         Seattle, Washington 98101
                                                         (206) 405-0404

## DECLARATION OF SERVICE

I hereby certify that on December 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Tom Van Flein
Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
Tel: 907-272-9631
Fax: 907-272-9586

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None

Dated this 15th day of December, 2006, at Seattle, Washington.

_Jenny Whitman_
Jenny Whitman

JOINT STATUS REPORT
Case No. A05-201 CV - 6

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404