Katheryn Bradley, AK Bar No. 8611098
Jackson Lewis LLP
One Union Square
600 University Street
Seattle, WA 98101
Phone: (206) 405-0404
Fax: (206) 405-4450
E-mail: bradleyk@jacksonlewis.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WILLIAM ROBERT HUSTON,<br><br>     Plaintiff,<br> v.<br><br>UBS FINANCIAL SERVICES, INC., and its predecessors PAINE WEBBER, INC., and UBS PAINEWEBBER, INC., and their successor entities,<br><br>     Defendants. | Case No. A05-201 CV (TMB)<br><br>**JOINT STATUS REPORT** |

  The parties, through counsel, have continued to cooperatively discuss settlement of this litigation. The parties have exchanged documents and settlement correspondence to further negotiations. Mediation is scheduled before Judge Brian Shortell (Retired) on Tuesday, February 13, 2007. The results of that mediation will be reported to the court.

  DATED this 1st day of February, 2007.

JOINT STATUS REPORT
Case No. A05-201 CV - 4

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

JACKSON LEWIS LLP


/s/ Katheryn Bradley
JACKSON LEWIS LLP
One Union Square
600 University Street, Suite 2900
Seattle, WA 98101
Phone: (206) 405-0404
Fax:  (206) 405-4450
bradleyk@jacksonlewis.com
Katheryn Bradley, Alaska Bar No. 8611098
Attorney for Defendants



CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSESS, LLC


/s/ Linda J. Johnson    (consent)
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORNSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070
Attorneys for Plaintiff

JOINT STATUS REPORT
Case No. A05-201 CV - 5

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

## DECLARATION OF SERVICE

I hereby certify that on February 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

> Tom Van Flein
> Linda J. Johnson
> CLAPP, PETERSON, VAN FLEIN,
> TIEMESSEN & THORNSESS LLC
> 711 H Street, Suite 620
> Anchorage, AK  99501-3454
> Tel:  907-272-9631
> Fax:  907-272-9586

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    None

Dated this 1st day of February, 2007, at Seattle, Washington.

*/s/ Heather M. Feenan*
Heather M. Feenan

JOINT STATUS REPORT
Case No. A05-201 CV - 6

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404