Thomas Van Flein
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Plaintiff
  William Robert Huston

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM ROBERT HUSTON,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>UBS FINANCIAL SERVICES, INC, and its predecessors PAINE WEBBER, INC., and UBS PAINEWEBBER, INC., and their successor entities,<br><br>　　　　　　　　Defendants. | Case No. A05-0201 CV (TMB) |

### STATUS REPORT

The parties met for mediation with Brian Shortell on Tuesday, February 13, 2007, in Anchorage, Alaska as scheduled. Although the case did not settle on that day, the parties made progress in their negotiations and they continue to

Huston v. UBS Financial, Case No. A05-0201 CV (RRB)
Page 1 of 2

cooperatively discuss settlement of this litigation. The Parties will continue their negotiation efforts. This report is filed with the consent of the Defendants.

DATED at Anchorage, Alaska, this 1st day of March, 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Plaintiff

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

Certificate of Service:

I certify that a copy of this document was
☐ mailed  ☒ faxed  ☐ hand delivered
on March __1st__, 2007, to the following:

Kristin Bell
Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, WA 98101

By: /s/ Barbara M. Pauli

Huston v. UBS Financial, Case No. A05-0201 CV (RRB)
Page 2 of 2