JEFFREY M. FELDMAN
Alaska Bar No. 7605029
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
Email: feldman@frozenlaw.com

Co-counsel for Defendants UBS Financial Services, Inc., et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WILLIAM ROBERT HUSTON,<br><br>　　　　　Plaintiff,<br>v.<br><br>UBS FINANCIAL SERVICES, INC., and its predecessors PAINE WEBBER, INC., and UBS PAINEWEBBER, INC., and their successor entities,<br><br>　　　　　Defendants. | Case No. 3:05-cv-00201-TMB<br><br>**ENTRY OF APPEARANCE ON BEHALF OF DEFENDANTS** |

　　　　The law firm of Feldman Orlansky & Sanders hereby enters its appearance in this matter as co-counsel for defendants UBS FINANCIAL SERVICES, INC., and its predecessors PAINE WEBBER, INC., and UBS PAINEWEBBER, INC., and their successor entities. Please serve copies of all pleadings pertaining to the above-captioned matter on Jeffrey M. Feldman, Feldman Orlansky & Sanders, 500 L Street, Fourth Floor, Anchorage, Alaska 99501.

Dated this 2nd day of April, 2007.

s/ Jeffrey M. Feldman
Jeffrey M. Feldman
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:        feldman@frozenlaw.com
[Alaska Bar No. 7605029]

*Co-counsel for Defendants*
*UBS Financial Services, Inc., et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of April, 2007 a copy of the foregoing was served electronically on M. Katheryn Bradley and Thomas V. Van Flein.

s/ Jeffrey M. Feldman