Karen P. Kruse, WSBA #19857
Pro Hac Vice (application and substitution pending)
Jackson Lewis LLP
One Union Square, 600 University Street
Seattle, WA  98101
Telephone: (206) 405-0404
Facsimile: (206) 405-4450
E-Mail: krusek@jacksonlewis.com
Attorney for Defendants

Jeffrey M. Feldman, AK Bar No. 7605029
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, AK  99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
E-Mail: Feldman@frozenlaw.com
Attorneys for Defendants
(Substitution pending)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WILLIAM ROBERT HUSTON,<br><br>Plaintiff,<br><br>v.<br><br>UBS FINANCIAL SERVICES, INC., and its predecessors PAINE WEBBER, INC., and UBS PAINEWEBBER, INC., and their successor entities,<br><br>Defendants. | Case No.: A05-201 CV (TMB)<br><br>MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled Court:

I, Karen P. Kruse, hereby apply for permission to appear and participate as counsel for defendants in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

☐  I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because [Check whichever of the following boxes applies, if any.]

☐  I am a registered participant in the CM/ECF System for the District of Alaska.

MOTION AND APPLICATION OF NON-RESIDENT
ATTORNEY FOR PERMISSION TO APPEAR AND
PARTICIPATE IN THE USDC FOR THE DIST. OF ALASKA - 1 of 4
Case No. A05-0192CV (TMB)

☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska.

☐ For the reasons set forth in the attached memorandum.

OR

☒ I hereby designate Jeffrey Feldman, a member of the Bar of this Court, who maintains an office at the place within the district, with whom the Court and opposing counsel may readily communicate regarding conduct of this case.

DATED this 29th day of March, 2007.

Name: Karen P. Kruse

_Karen P. Kruse_
(Signature)

Address: Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, WA 98101

Telephone: (206) 405-0404

## CONSENT OF LOCAL COUNSEL*

I hereby consent to the granting of the foregoing application.

DATED this 2 day of April, 2007.

Name: Jeffrey M. Feldman

_[signature]_
(Signature)

(*Member of the Bar of the United States District Court for the District of Alaska.)

Address: Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, AK 99501

Telephone: (907) 272-3538

IT IS SO ORDERED:

DATED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE
For the District of Alaska

DECLARATION OF NON-RESIDENT ATTORNEY

Full Name:   Karen P. Kruse

| | | |
|---|---|---|
| Business Address: | One Union Square, 600 University Street; (Mailing/Street) | Seattle, WA  98101 (City, State, ZIP) |
| Residence: | 2445 Perkins Lane, W.; (Mailing/Street) | Seattle, WA  98199-3601 (City, State, ZIP) |
| Business Telephone: | (206) 405-0404; | E-mail Address:   krusek@jacksonlewis.com |
| Other Names/Aliases: | N/A | |

Jurisdictions to Which Admitted and year of Admission:

| (Jurisdiction) | (Address) | (Year) |
|---|---|---|
| Washington State Bar Assoc. | 1325 Fourth Avenue, Suite 600 Seattle, WA  98101-2539 | 1990 |
| USDC, Western District of Wash. | U.S. Courthouse, 700 Stewart Street Seattle, WA  98101 | 1992 |
| USDC, Eastern District of Wash. | W. 920 Riverside Ave., Rm. 888 Spokane, WA  99210 | 1993 |
| U. S. Court of Appeals, 9th Circuit | San Francisco, CA  941219-3939 | 1995 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.2(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the Court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this Court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached. Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

DATED this 29th day of March, 2007.

_____
(Signature of Applicant)

MOTION AND APPLICATION OF NON-RESIDENT
ATTORNEY FOR PERMISSION TO APPEAR AND
PARTICIPATE IN THE USDC FOR THE DIST. OF ALASKA - 3 of 4
Case No. A05-0192CV (TMB)

# CERTIFICATE OF SERVICE

I hereby certify that on the __2nd__ day of __April__, 2007, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Tom Van Flein
and
M. Katheryn Bradley

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE

Dated this __2nd__ day of __April__, 2007.

s/Jeffrey M. Feldman
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, AK 99501
(907) 272-3538