Karen P. Kruse, WSBA #19857
Pro Hac Vice (application and substitution pending)
Jackson Lewis LLP
One Union Square, 600 University Street
Seattle, WA 98101
Telephone: (206) 405-0404
Facsimile: (206) 405-4450
E-Mail: krusek@jacksonlewis.com
Attorney for Defendants

Jeffrey M. Feldman, AK Bar No. 7605029
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
E-Mail: Feldman@frozenlaw.com
Attorneys for Defendants
(Substitution pending)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WILLIAM ROBERT HUSTON,<br><br>Plaintiff,<br><br>v.<br><br>UBS FINANCIAL SERVICES, INC., and its predecessors PAINE WEBBER, INC., and UBS PAINEWEBBER, INC., and their successor entities,<br><br>Defendants. | Case No.: A05-201 CV (TMB)<br><br>**MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR DEFENDANTS** |

Katheryn Bradley moves pursuant to Local Rule 11.1(c)(1)[A] for leave to withdraw as counsel for the defendants UBS FINANCIAL SERVICES, INC., and its predecessors PAINE WEBBER, INC., and UBS PAINEWEBBER, INC., and their successor entities ("defendants"). The firm of Jackson Lewis LLP will continue as counsel for the defendants. Karen P. Kruse of Jackson Lewis LLP will substitute as counsel for Ms. Bradley, subject to the Court's approval of her contemporaneously filed application for admission *pro hac vice*. Additionally, Jeffrey M. Feldman of Feldman Orlansky & Sanders will also substitute as local co-counsel for defendants.

MOTION TO SUBSTITUTE COUNSEL
OF RECORD FOR DEFENDANTS - 1 of 4
Case No. A05-201CV (TMB)

The client consents to this substitution, as indicated below.

DATED this 2 day of March, 2007.

WITHDRAWING COUNSEL

By: /s/ Katheryn Bradley
Katheryn Bradley
Alaska Bar No. 8611098
E-Mail: bradk@foster.com
Withdrawing Attorney for Defendant
UBS Financial Services, Inc.

JACKSON LEWIS LLP

By: _____
Karen P. Kruse (*pro hac vice* admission pending)
WSBA No. 19857
One Union Square
600 University Street, Suite 2900
Seattle, WA 98101
Phone: (206) 405-0404
Fax: (206) 405-4450
E-Mail: krusek@jacksonlewis.com
Attorney for Defendant UBS Financial Services, Inc.

FELDMAN ORLANSKY & SANDERS

By: _____
Jeffrey M. Feldman,
AK Bar No. 7605029
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, AK 99501
Phone: (907) 272-3538
Facsimile: (907) 274-0819
E-Mail: feldman@frozenlaw.com
Attorney for Defendant UBS Financial Services, Inc.

## CONSENT OF CLIENT

I, Edward J. Herban, am Divisional Vice President and Assistant General Counsel for UBS Financial Services, Inc. I am authorized to state that UBS Financial Services, Inc., consents to the substitution of Karen P. Kruse and Jeffery M. Feldman for Kathryn Bradley as counsel in this case.

UBS Financial Services, Inc.

By: _____
Edward J. Herban
Title: Divisional Vice President and Assistant General Counsel

MOTION TO SUBSTITUTE COUNSEL
OF RECORD FOR DEFENDANTS - 3 of 4
Case No. A05-201 CV (TMB)

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April, 2007, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Tom Van Flein
and
M. Katheryn Bradley

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE

Dated this 2nd day of April, 2007.

s/Jeffrey M. Feldman
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, AK 99501
(907) 272-3538

MOTION TO SUBSTITUTE COUNSEL
OF RECORD FOR DEFENDANTS - 4 of 4
Case No. A05-201CV (TMB)