Karen P. Kruse, WSBA #19857
Pro Hac Vice (application and substitution pending)
Jackson Lewis LLP
One Union Square, 600 University Street
Seattle, WA 98101
Telephone: (206) 405-0404
Facsimile: (206) 405-4450
E-Mail: krusek@jacksonlewis.com
Attorney for Defendants

Jeffrey M. Feldman, AK Bar No. 7605029
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
E-Mail: Feldman@frozenlaw.com
Attorneys for Defendants
(Substitution pending)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WILLIAM ROBERT HUSTON,<br><br>Plaintiff,<br><br>v.<br><br>UBS FINANCIAL SERVICES, INC., and its predecessors PAINE WEBBER, INC., and UBS PAINEWEBBER, INC., and their successor entities,<br><br>Defendants. | Case No.: A05-201 CV (TMB)<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR DEFENDANTS** |

The Court grants the motion of Katheryn Bradley to withdraw as counsel in this case and approves the substitutions of Karen P. Kruse and Jeffrey M. Feldman, counsel and co-counsel, respectively, for defendants.

DATED this ____ day of _____, 2007.

_____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING MOTION TO SUBSTITUTE
COUNSEL OF RECORD FOR DEFENDANTS - 1 of 2
Case No. A05-201CV (TMB)

## CERTIFICATE OF SERVICE

I hereby certify that on the __2nd__ day of __April__, 2007, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Tom Van Flein
and
M. Katheryn Bradley

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE

Dated this __2nd__ day of __April__, 2007.

s/Jeffrey M. Feldman
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, AK 99501
(907) 272-3538

ORDER GRANTING MOTION TO SUBSTITUTE
COUNSEL OF RECORD FOR DEFENDANTS - 2 of 2
Case No. A05-201CV (TMB)