```
UNITED STATES
DISTRICT COURT
  District of Alaska
  Anchorage Division

# 00130143 - PS
  April 3, 2007


Code    Case #    Qty      Amount

6855XX-N 05-201             150.00 CK


TOTAL→              150.00


FROM: JACKSON LEWIS LLP
      FOR KAREN P. KRUSE
      PRO HAC VICE
      3:05-CV-00201 TMB
```