1 Thomas Van Flein
CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Plaintiff
  William Robert Huston

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

WILLIAM ROBERT HUSTON,

               Plaintiff,

vs.

UBS FINANCIAL SERVICES, INC, and its predecessors PAINE WEBBER, INC., and UBS PAINEWEBBER, INC., and their successor entities,

               Defendants.

Case No. A05-0201 CV (TMB)

**JOINT STATUS REPORT**

The parties have agreed on settlement and are working out the details. The case will be dismissed upon final agreement of the release and waiver.

DATED at Anchorage, Alaska, this 6 day of April, 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Plaintiff

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

Certificate of Service:

I certify that a copy of this document was
☐ mailed ☒ faxed ☐ hand delivered
on March April 6, 2007, to the following:

Karen Kruse
Jackson Lewis, LLP
One Union Square
600 University Street, Suite 2900
Seattle, WA 98101

By: Barbara M. Pauli

Huston v. UBS Financial, Case No. A05-0201 CV (RRB)
Page 2 of 2