Thomas Van Flein
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Plaintiff
  William Robert Huston

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM ROBERT HUSTON,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>UBS FINANCIAL SERVICES, INC, and its predecessors PAINE WEBBER, INC., and UBS PAINEWEBBER, INC., and their successor entities,<br><br>　　　　　　　　　Defendants. | Case No. A05-0201 CV (TMB) |

**STATUS REPORT**

Comes now Bob Huston and states that the parties have settled but continue to work on settlement details. Plaintiff asks the court for a more time in which to finalize the agreement and release. The case will be dismissed upon final agreement of the release and waiver.

Huston v. UBS Financial, Case No. A05-0201 CV (RRB)
Page 1 of 2

DATED at Anchorage, Alaska, this ___ day of May, 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Plaintiff

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

Certificate of Service

I hereby certify that on May 8, 2007, a copy of the foregoing document was served electronically on Katheryn Bradley, Esq. at bradleyk@jacksonlewis.com

s/ Linda J. Johnson

Huston v. UBS Financial, Case No. A05-0201 CV (RRB)
Page 2 of 2