Thomas Van Flein
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Plaintiff
 William Robert Huston

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM ROBERT HUSTON,<br><br>                    Plaintiff,<br><br>vs.<br><br>UBS FINANCIAL SERVICES, INC, and its predecessors PAINE WEBBER, INC., and UBS PAINEWEBBER, INC., and their successor entities,<br><br>                    Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. A05-0201 CV (TMB) |

## STATUS REPORT

Comes now Bob Huston and states that the parties have settled.  The settlement agreement will be executed today by Plaintiff and the week of June 18, 2007 by Defendant.  The case will be dismissed upon final agreement of the release and waiver.

Status Report
*Huston v. UBS Financial*, Case No. A05-0201 CV (RRB)
Page 1 of 2

*Clapp, Peterson, Van Flein,*
*Tiemessen & Thorsness, LLC*
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this 15th day of June, 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Plaintiff


s/Thomas Van Flein
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  tvf@cplawak.com
Alaska Bar No. 8911070


Certificate of Service

I hereby certify that on June 15, 2007, a copy of the foregoing document was served electronically on Katheryn Bradley, Esq. at bradleyk@jacksonlewis.com

s/ Barbara M. Pauli

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Status Report
*Huston v. UBS Financial*, Case No. A05-0201 CV (RRB)
Page 2 of 2