Thomas Van Flein
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Plaintiff
  William Robert Huston

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM ROBERT HUSTON,<br><br>                  Plaintiff,<br><br>vs.<br><br>UBS FINANCIAL SERVICES, INC, and its predecessors PAINE WEBBER, INC., and UBS PAINEWEBBER, INC., and their successor entities,<br><br>                  Defendants. | Case No. A05-0201 CV (RRB) |

### DISMISSAL OF ALL PARTIES' CLAIMS WITH PREJUDICE

Comes now William Robert Huston (Huston) and dismisses with prejudice all claims against UBS Financial Services Inc., and its predecessors Paine Webber, Inc., and UBS Painewebber, Inc. and their successor entities (collectively UBS) pursuant to the terms of a separately signed release. In addition, UBS agrees to

Dismissal of All Parties' Claims, With Prejudice
Huston v. UBS Financial, Case No. A05-0201 CV (RRB)
Page 1 of 3

dismiss all counterclaims with prejudice against Huston pursuant to the terms of a separately signed release. Each party will bear his or its own costs and fees.

DATED at Anchorage, Alaska, this 31st day of July, 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Plaintiff


s/Thomas Van Flein
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  tvf@cplawak.com
Alaska Bar No. 8911070

JACKSON LEWIS LLP
Attorneys for Defendant


s/Karen Kruse
JACKSON LEWIS LLP
One Union Square
600 University Street, Suite 2900
Seattle, WA  98101
Phone:  (206) 405-0404
Fax:  (206) 405-4450
krusek@jacksonlewis.com
WSBA No. 19857, pro hoc vice

Jeffrey M. Feldman
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, AK   99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
E-Mail:  Feldman@frozenlaw.com
AK Bar No. 7605029
Attorneys for Defendants

Certificate of Service

I hereby certify that on July 31, 2007, a copy of the foregoing document was served electronically on Karen Kruse, Esq. at krusek@jacksonlewis.com and Jeffrey Feldman at Feldman@frozenlaw.com.

s/ Barbara M. Pauli

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Dismissal of All Parties' Claims, With Prejudice
Huston v. UBS Financial, Case No. A05-0201 CV (RRB)
Page 3 of 3