Thomas Van Flein
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Plaintiff
  William Robert Huston

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM ROBERT HUSTON,<br><br>                Plaintiff,<br><br>vs.<br><br>UBS FINANCIAL SERVICES, INC, and its predecessors PAINE WEBBER, INC., and UBS PAINEWEBBER, INC., and their successor entities,<br><br>                Defendants. | Case No. A05-0201 CV (RRB) |

### DISMISSAL OF ALL PARTIES' CLAIMS WITH PREJUDICE

Comes now William Robert Huston (Huston) and dismisses with prejudice all claims against UBS Financial Services Inc., and its predecessors Paine Webber, Inc., and UBS Painewebber, Inc. and their successor entities (collectively UBS) pursuant to the terms of a separately signed release. In addition, UBS agrees to

dismiss all counterclaims with prejudice against Huston pursuant to the terms of a separately signed release.  Each party will bear his or its own costs and fees.

DATED at Anchorage, Alaska, this 31st day of July, 2007.

        CLAPP, PETERSON, VAN FLEIN,
        TIEMESSEN & THORSNESS, LLC
        Attorneys for Plaintiff

        s/Thomas Van Flein
        CLAPP, PETERSON, VAN FLEIN,
        TIEMESSEN & THORSNESS LLC
        711 H Street, Suite 620
        Anchorage, AK  99501-3454
        Phone:  (907) 272-9631
        Fax:  (907) 272-9586
        Direct email:  tvf@cplawak.com
        Alaska Bar No. 8911070

        JACKSON LEWIS LLP
        Attorneys for Defendant

        s/Karen Kruse
        JACKSON LEWIS LLP
        One Union Square
        600 University Street, Suite 2900
        Seattle, WA  98101
        Phone:  (206) 405-0404
        Fax:  (206) 405-4450
        krusek@jacksonlewis.com
        WSBA No. 19857, pro hoc vice

        Jeffrey M. Feldman
        Feldman Orlansky & Sanders
        500 L Street, Suite 400
        Anchorage, AK  99501
        Telephone:  (907) 272-3538
        Facsimile:  (907) 274-0819
        E-Mail:  Feldman@frozenlaw.com
        AK Bar No. 7605029
        Attorneys for Defendants

## Certificate of Service

I hereby certify that on July 31, 2007, a copy of the foregoing document was served electronically on Karen Kruse, Esq. at krusek@jacksonlewis.com and Jeffrey Feldman at Feldman@frozenlaw.com.

s/ Barbara M. Pauli

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586