IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM ROBERT HUSTON,<br><br>        Plaintiff,<br><br>  vs.<br><br>UBS FINANCIAL SERVICES, INC. and<br>its predecessors PAINE WEBBER, INC.,<br>and UBS PAINEWEBBER, INC., and their successor entities,<br><br>        Defendants. | Case No. 3:05-cv-201  TMB<br><br>O R D E R |

**ORDER DISMISSING ALL PARTIES' CLAIMS WITH PREJUDICE**

      The parties, by and through counsel, have jointly agreed to dismiss all parties' claims with prejudice, each party to bear its own costs and fees.

      IT IS SO ORDERED this matter is dismissed with prejudice.

      DATED at Anchorage, Alaska, this 1st day of November, 2007.


                              /s/ Timothy Burgess
                              TIMOTHY M. BURGESS
                              UNITED STATES DISTRICT JUDGE